## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00441-CMA-NRN

COLLEEN S. RIVERA,

      Plaintiff,

v.

SPECIALIZED LOAN SERVICING, LLC,

      Defendant.

## **JOINT STATUS REPORT**

Pursuant to this Court's Order [Dkt. 12], Plaintiff, Colleen S. Rivera ("Plaintiff") and Defendant, Specialized Loan Servicing, LLC ("Defendant"), hereby submit the following Joint Status Report:

1. Status of Discovery: The parties are in the process of completing written discovery and will complete discovery by the October 18, 2021 deadline.

2. Other issues to address with Court: None.


*/s/ Mohammed O. Badwan*  
Mohammed O. Badwan, Esq.  
Sulaiman Law Group, Ltd  
2500 S. Highland Ave., Ste. 200  
Lombard, IL 60148  
Phone: (630) 575-8180  
mbadwan@sulaimanlaw.com  
Attorney for Plaintiff

*/s/ Matthew A. Morr*  
Matthew A. Morr (#35913)  
J. Matthew Thornton (#48803)  
1225 17th Street, Suite 2300  
Denver, CO  80202  
Telephone:  303-292-2400  
Fax:  303-296-3956  
Email:  morrm@ballardspahr.com  
thorntonj@ballardspahr.com